```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15287
   LUCKY LISA COLLIER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3263


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 08/23/2007 and was not confirmed.

      The case was dismissed without confirmation 10/15/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
----------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSECURED         1063.53           .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED         1118.49           .00            .00
WILSHIRE CREDIT CORPORAT  NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE               UNSECURED         4690.55           .00            .00
CAPITAL ONE               UNSECURED          983.12           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          575.66           .00            .00
PREMIER BANCARD CHARTER   UNSECURED          392.56           .00            .00
HOUSEHOLD FINANCE CORP    UNSECURED         7938.32           .00            .00
ROUNDUP FUNDING LLC       UNSECURED         2648.39           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         3354.95           .00            .00
WILSHIRE CREDIT CORPORAT  SECURED NOT I        .00            .00            .00
WILSHIRE CREDIT CORPORAT  SECURED NOT I        .00            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1149.02           .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                     --------------       --------------
TOTALS                    .00                   .00



              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15287 LUCKY LISA COLLIER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |